UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRIS McCOLLOUGH,

                      Petitioner,

  -against-

FLOYD BENNETT, Superintendent,
Elmira Correctional Facility,

                      Respondent.
-------------------------------------------------------------------X

JUDGMENT
02-CV-5230 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 15 2010
P.M.
TIME A.M.

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 12, 2010, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be granted; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability will be granted.

Dated: Brooklyn, New York
       January 13, 2010

                                             ROBERT C. HEINEMANN
                                             Clerk of Court

